UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEIXEIRA, et Al.,
Plaintiff(s),

v.

County of Alameda, et al
Defendant(s).

No. CV-12 3288 KAW

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 28, 2012        Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")