UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| JOHN TEIXEIRA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>COUNTY OF ALAMEDA,<br><br>        Defendant(s).<br>_____/ | No. C 12-03288 KAW<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

[X]  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[]  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE WESTMORE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated:  June 29, 2012

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        By: Susan Imbriani
                                        Deputy Clerk

cc: Intake
C 12-03288 KAW
NOTICE OF IMPENDING REASSIGNMENT