Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Voice:      (408) 264-8489
Facsimile:  (408) 264-8487
EMail:      Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice:      (949) 310-0817
Facsimile:  (949) 288-6894
EMail:      Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity.<br><br>Defendants. | CASE NO.: 3:12-CV-03288 SI<br><br>STIPULATION AND ORDER RE: CASE MANAGEMENT<br><br>Current CMC:   Sept. 28, 2012<br>                2:30 p.m.<br>                19th Floor<br>                Courtroom 10 |

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*                Page 1 of 3                Stipulation: Case Mgmt

1  The parties, by and through counsel, stipulated to the following:

2  1. The Defendants filed a Waiver of Service on August 1, 2012. (Doc #9)

3  2. The parties are currently engaged in informal discussions that might lead to
4  settlement of this case without formal ADR.

5  3. Plaintiffs' Counsel has a conflict with the current Initial Case Management
6  Conference set for September 28, 2012.

7  4. Given these facts, the parties agree to:

8  A. Extend the deadline for Defendants to file a responsive pleading.

9  B. Extend the deadline for the parties to meet and confer re: initial
10  disclosures, early settlement, ADR process selection and discovery
11  plan.

12  C. Extend the deadline for the parties to file ADR certification.

13  D. Extend the deadline for the parties to file Rule 26(f) Reports and a
14  Joint Case Management Conference Statement.

15  E. Continue the Case Management Conference.

16  **SO STIPULATED**.

17  Date: August 23, 2012                              Date: August 23, 2012

18    /s/ Donald Kilmer                                  /s/ Mary Ellyn Gormley
   For Plaintiffs                                     For Defendants
19

20  **ATTESTATION FOR COMPLIANCE WITH
   GENERAL ORDER 45 AND LOCAL RULE VIII.B.**
21

22  I, Donald Kilmer, declare under penalty of perjury under the laws of California
   and the United States that I have in my possession e-mail correspondence from
23  Mary Ellyn Gormley that the content of this document is acceptable to all persons
   required to sign the document. I declare that this document was signed in San
24  Jose, CA on August 23, 2012.
25

          /s/
26  _____
   Donald Kilmer
27  Attorney for Plaintiffs

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1. **SO ORDERED**.

   Good cause appearing, the court makes the following orders:

   1. Defendants shall have until October 5, 2012 to file any responsive pleading.
   2. The parties shall have until October 12, 2012 to file ADR Certification and Rule 26(f) Reports.
   3. The parties shall file a Joint Case Management Conference Statement on October 19, 2012.
   4. The Initial Case Management Conference is continued to ~~October 26, 20~~12 at 2:30 p.m. in Courtroom 10, 19th Floor.

   11/2/12

   Date: 8/23/12

   _____
   U.S. District Judge

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*  Page 3 of 3  Stipulation: Case Mgmt