DONNA R. ZIEGLER [142415]
County Counsel
By:  MARY ELLYN GORMLEY  [154327]
Assistant County Counsel
SAMANTHA N. STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorney for County of Alameda, Alameda, Board of Supervisors, Wilma Chan, Nate Miley and Keith Carson

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity,<br><br>Defendants. | Case No.: CV12-3288 KAW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>DATE: October 18, 2012<br>TIME: 11:00 a.m.<br>DEPARTMENT: Ctrm 4, 3rd Floor |

---

**Defendants' Notice of Motion To Dismiss and Supporting Memorandum of Points and Authorities, Case No.  CV12-3288 KAW**          1

1  NOTICE IS HEREBY GIVEN that at on October 18, 2012 at 11:00 a.m. in
2 Courtroom 4 of the above-entitled court located at 1301 Clay Street, Oakland, California
3 94612, Defendants County of Alameda, Alameda Board of Supervisors, Wilma Chan,
4 Nate Miley and Keith Carson, in their official capacities, will move the Court to dismiss
5 Plaintiffs' Complaint for Damages, Injunctive Relief and/or Declaratory Judgment
6 ("Complaint") in its entirety as against these Defendants.
7  The Motion to Dismiss will be based on the grounds that Plaintiffs are collaterally
8 estopped from asserting each cause of action or Claim for Relief in the Complaint and
9 each Claim for Relief fails to allege sufficient facts to support a cognizable cause of
10 action against these Defendants.
11  The Motion to Dismiss will be based on this Notice of Motion, the Memorandum
12 of Points and Authorities, the Request for Judicial Notice, and the Declaration of Mary
13 Ellyn Gormley, and attached Exhibits, all of which are filed and served herewith.  The
14 Motion also will be based on the Court's file herein, and on such oral argument and
15 such additional evidence as may be presented at or before the hearing on the Motion.

17 DATED:     September 26, 2012      DONNA R. ZIEGLER,
                                      County Counsel, County of Alameda

20                                    By    /s/  *Mary Ellyn Gormley*
                                      MARY ELLYN GORMLEY
21                                    Assistant County Counsel

                                      Attorneys for County of Alameda,
                                      Alameda Board of Supervisors, Wilma
                                      Chan, Nate Miley and Keith Carson