DONNA R. ZIEGLER [142415]
County Counsel
By:  MARY ELLYN GORMLEY  [154327]
Assistant County Counsel
SAMANTHA STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorney for County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity,<br><br>    Defendants. | Case No.: CV12-3288 KAW<br><br>**[PROPOSED] ORDER**<br><br>DATE: October 18, 2012<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 4, 3rd Floor |

The matter came for hearing on October 18, 2012 at 11:00 a.m. at the above-entitled Court, Defendants County of Alameda, Alameda Board of Supervisors, Wilma

---

**[PROPOSED] Order, Case No. CV12-3288 KAW**    1

1  Chan, Nate Miley, and Keith Carson, in their official capacities, Motion to Dismiss
2  plaintiffs' Complaint for Damages, Injunctive Relief and/or Declaratory Judgment in its
3  entirety as against these Defendants.  The Court, having reviewed the papers filed in
4  support of and in opposition to Defendants' Motion to Dismiss, having heard the
5  argument of counsel and plaintiff and being fully apprised therein, and good cause
6  appearing therefor,
7  IT IS HEREBY ORDERED THAT:  Defendants' Motion to Dismiss is **GRANTED**
8  because the Complaint fails to allege sufficient facts to support a cognizable cause of
9  action against these Defendants.  Plaintiffs' Complaint for Damages, Injunctive Relief
10 and/or Declaratory Judgment is **DISMISSED WITH PREJUDICE**.

12 IT IS SO ORDERED.
13 Dated:

    Hon. Susan Illston
    UNITED STATES DISTRICT JUDGE