DONNA R. ZIEGLER [142415]
County Counsel
By: MARY ELLYN GORMLEY [154327]
Assistant County Counsel
SAMANTHA STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorney for County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity,<br><br>Defendants. | Case No.: CV12-3288 KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: October 18, 2012<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 4, 3rd Floor |

The matter came for hearing on October 18, 2012 at 11:00 a.m. at the above-entitled Court, Defendants County of Alameda, Alameda Board of Supervisors, Wilma

---

**[PROPOSED] Order Granting Defendants' Request for Judicial Notice, Case No. CV12-3288 KAW**     1

Chan, Nate Miley, and Keith Carson, in their official capacities, Request for Judicial Notice in support of Defendants' Motion to Dismiss plaintiff's Complaint for Damages, Injunctive Relief and/or Declaratory Judgment.  The Court, having reviewed the papers filed in support of and in opposition to the Request for Judicial Notice, having heard the argument of counsel and plaintiff and being fully apprised therein, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:  Defendants' Request for Judicial Notice is **GRANTED**.  Exhibits A through D to the Request for Judicial Notice may be properly considered by the Court in ruling on Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:

Hon. Susan Illston
UNITED STATES DISTRICT JUDGE