Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Voice:          (408) 264-8489
Facsimile:   (408) 264-8487
EMail:         Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice:          (949) 310-0817
Facsimile:   (949) 288-6894
EMail:         Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL), <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity. <br><br> Defendants. | CASE NO.: 3:12-CV-03288 SI <br><br> STIPULATION AND ORDER RE: CONTINUANCE LAW/MOTION AND CASE MANAGEMENT <br><br> **Current Hearing:** Oct. 18, 2012 11:00 a.m. <br><br> **Proposed Hearing:** Dec. 20, 2012 11:00 a.m. <br><br> **Current CMC:** ~~Nov. 2, 2012~~ 2:30 p.m. <br><br> **Proposed CMC:** ~~TBA after~~ Dec. 20, 2012 <br><br> continued to 1/25/13 @ 2:30 p.m. |

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

The parties, by and through counsel, stipulate as follows:

1. The parties have been engaged in self-directed alternative dispute resolution since service of this suit.
2. The parties have reached an impasse.
3. On September 27, 2012, the Defendants filed a motion to Motion to Dismiss (Doc #13) with a hearing currently set for October 18, 2012.
4. Plaintiffs intend to file their own Motion for a Preliminary Injunction.
5. The parties stipulate to the following adjustment of the due dates for filing and service of documents relevant to these motions:
    a. The hearing on Defendants' Motion to Dismiss shall be reset to December 20, 2012 at 11:00 a.m.
        i. Plaintiffs' Opposition Memorandum and any supporting documents shall be filed and served on or before November 15, 2012.
        ii. Defendants' Reply Memorandum shall be filed and served on or before December 3, 2012.
    b. The hearing on Plaintiffs' Motion for a Preliminary Injunction shall be calendared on December 20, 2012 at 11:00 a.m.
        i. Plaintiffs' Motion, Memorandum of Points and Authorities and any supporting documents shall be filed and served on or before November 1, 2012.
        ii. Defendants' Opposition Memorandum shall be filed and served on or before November 26, 2012
        iii. Plaintiffs' Reply Memorandum shall be due on or before December 6, 2012.
6. There is also a Case Management Conference in this matter currently set for November 2, 2012 at 2:30 p.m.

/ / / /

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*          Page 2 of 4          Stipulation: Case Mgmt

7.  The Parties stipulate that this Case Management Conference shall go off calendar, to be reset by the Court after disposition of the parties' motions.

**SO STIPULATED**.

Date: October 2, 2012                                Date: October 2, 2012

  /s/ Donald Kilmer                                   /s/ Mary Ellyn Gormley  

For Plaintiffs                                       For Defendants

### ATTESTATION FOR COMPLIANCE WITH
### GENERAL ORDER 45 AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Mary Ellyn Gormley that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on October 2, 2012.

  /s/ Donald Kilmer  
Donald Kilmer
Attorney for Plaintiffs

### ORDER

Good cause appearing, the court makes the following orders:

1.  The hearing on Defendants' Motion to Dismiss shall be reset from October 18, 2012 to December 20, 2012 at 11:00 a.m.

    a.  Plaintiffs' Opposition Memorandum and any supporting documents shall be filed and served on or before November 15, 2012.

    b.  Defendants' Reply Memorandum shall be filed and served on or before December 3, 2012.

2.  A hearing on Plaintiffs' Motion for a Preliminary Injunction shall be calendared on December 20, 2012 at 11:00 a.m.

    a.  Plaintiffs' Motion, Memorandum of Points and Authorities and any supporting documents shall be filed and served on or before November 1, 2012.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*        Page 3 of 4        Stipulation: Case Mgmt

1      b.    Defendants' Opposition Memorandum shall be filed and served on or before November 26, 2012

3      c.    Plaintiffs' Reply Memorandum shall be due on or before December 6, 2012.

3. The Case Management Conference current set for November 2, 2012 is ~~vacated. The Court will issue a new Case Management Conference date along with the disposition of the parties' motions.~~ continued to 1/25/13 @ 2:30 p.m.

Date: 10/5/12

*[signed: Susan Illston]*

U.S. District Judge

*Teixeira v. County of Alameda*      Page 4 of 4      Stipulation: Case Mgmt

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487