1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   Law Offices of Donald Kilmer
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Voice:        (408) 264-8489
4  Facsimile:    (408) 264-8487
   EMail:        Don@DKLawOffice.com
5
   Jason A. Davis (SBN: 224250)
6  Davis & Associates
   30021 Tomas Street, Suite 300
7  Rancho Santa Margarita, CA 92688
   Voice:        (949) 310-0817
8  Facsimile:    (949) 288-6894
   EMail:        Jason@CalGunLawyers.com
9
   Attorneys for Plaintiffs
10

11              **UNITED STATES DISTRICT COURT**
12
        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13

14  JOHN TEIXEIRA, STEVE              CASE NO.: 3:12-CV-03288 SI
    NOBRIGA, GARY GAMAZA,
15  CALGUNS FOUNDATION (CGF),
    INC., SECOND AMENDMENT           DECLARATION OF ALAN GOTTLIEB
16  FOUNDATION (SAF), INC., and      FOR SECOND AMENDMENT
    CALIFORNIA ASSOCIATION OF        FOUNDATION, INC.
17  FEDERAL FIREARMS LICENSEES
    (Cal-FFL),
18
19              Plaintiffs,
20
                vs.
21
22  COUNTY OF ALAMEDA, ALAMEDA
    BOARD OF SUPERVISORS (as a
23  policy making body), WILMA CHAN
    in her official capacity, NATE MILEY
24  in his official capacity, and KEITH
    CARSON in his official capacity.
25
26
                Defendants.
27

28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

I, ALAN GOTTLIEB, declare as follows:

1.      I am the Founder of the SECOND AMENDMENT FOUNDATION, INC.

2.      The SECOND AMENDMENT FOUNDATION, INC., (SAF) is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washtington.

3.      SAF has over 650,000 members and supporters nationwide, including California.

4.      The purposes of SAF include education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

5.      SAF expends financial and other resources in both litigation and non-litigation projects to protect the Second Amendment rights its members and the public-at-large.

6.      SAF brings this action on behalf of itself and its members.

7.      The State of California strictly regulates who may purchase/acquire firearms. Some form of mandatory training is a required showing before a licensed firearm dealer and transfer a firearm.  For example:

     a.      Fish and Game Code section 3050 and the California Code of Regulations, Title 14, section 710, provide that no hunting license shall be issued unless the applicant presents:

          i.      evidence that he or she has held a hunting license issued by this state in a prior year; or

          ii.      evidence that he or she holds a current hunting license issued by another state or province; or

          iii.      a certificate of completion of a course in hunter safety, principles of conservation, and sportsmanship, as provided in this article, with a hunter safety instruction validation stamp affixed thereto; or

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*      Page 2 of 5      Decl Plaintiffs: Second Amendment Foun.

       iv.    a certificate of successful completion of a hunter safety course in another state or province; or

       v.    evidence of completion of a course in hunter safety, principles of conservation, and sportsmanship, which the commission may, by regulation, require.

   b.    Effective January 1, 2003, any person who wishes to receive a handgun through a sale or transfer must have a valid Handgun Safety Certificate (HSC) or a qualifying exemption. Any person who wishes to obtain an HSC must pass a written test that includes, but is not limited to, laws applicable to carrying and handling firearms, particularly handguns; responsibilities of ownership of firearms, particularly handguns; the law related to the private sale/transfer of firearms; the law as it relates to the permissible use of lethal force; safe firearm storage; and issues & prevention strategies associated with bringing firearms into the home. (CA Penal Code § 26800 *et seq.*) A DOJ Certified Instructor may charge each HSC applicant a fee of up to $25 to cover the costs of providing the test and issuing the certificate. (CA Penal Code §§ 31645, 31650.)

   c.    Any person who takes delivery of a handgun from a firearms dealer must first successfully demonstrate to a DOJ Certified Instructor that he or she is able to handle that handgun safely and that he or she can properly operate all of the safety features. Any person who has an exemption to the HSC requirement is also exempt from this requirement. (CA Penal Code §§ 26850(a)-(b), 26853, 26856, 26859)

8.    Furthermore gun stores are partners with federal, state and local law enforcement agencies on the issues of gun safety and helping to stop gun crimes.  For example, in California private party transfers of all firearms must occur through a licensed dealer unless the transfer is subject to very

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

narrow exceptions (e.g., antique, curio, relic, long-gun transfers between immediate family members) (CA Penal Code §§ 16130, 16400, 16550, 16810, 17110, 26700-26915 (inclusive), 27500-27590, 28050-28070).

9.   Licensed gun stores are one of only two places (firearm dealer and law enforcement agency) where someone subject to a "domestic violence restraining order" can turn in their guns in order to comply with federal and state law.  See CA Family Code § 6389 *et seq.*

10.   Thus licensed gun stores facilitate making sure that appropriate safety training has occurred, that the person is not prohibited from acquiring firearms, and that consumers are advised of their duties of safe storage of firearms.  They also act as a temporary repository for the safe-keeping of firearms during domestic disputes.

11.   Far from being a necessary evil, licensed gun stores are a net positive to the communities they serve.  They not only provide the means of exercising a fundamental right, but they ensure that transfer laws are complied with and government mandated safety programs are effective.

12.   A nonsensical regulation, like the "500 foot rule" at issue in this case, which has the effect of reducing law-abiding citizens' access to firearms, information and the safety programs offered by licensed gun stores, cannot meet any form of heightened scrutiny required by our Constitution.

13.   SAF funded litigation on (almost) this identical issue in *Ezell v. City of Chicago*, 651 F.3d 684, 2011 U.S. App. LEXIS 14108. (7th Cir., July 6, 2011). We obtained a preliminary injunction because that Seventh Circuit Appellate panel found that it is nonsensical for the government to require safety specific firearm regulations that necessarily pre-supposed the existence of licensed gun stores, and then simultaneously turn around and outlaw – through land use regulation – the very entities necessary to carry out those policies.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*          Page 4 of  5          Decl Plaintiffs: Second Amendment Foun.

14.     The "500 foot rule" is similarly flawed in this case.

I declare under penalty of perjury, under the laws of California and the Untied States, that the forgoing is true and correct and that this declaration was executed in California on November 5, 2012.


_____/s/ Alan Gottlieb_____

Alan Gottlieb for Plaintiff
The Second Amendment Foundation, Inc.


### ATTESTATION FOR COMPLIANCE WITH
### LOCAL RULE 5.1

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from ALAN GOTTLIEB that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on November 5, 2012.

_____/s/_____
Donald Kilmer
Attorney for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487