CHARLES C. PLUMMER

February 3, 2011

To Whom It May Concern:

SUBJECT: Mr. John Teixeira

Mr. Teixeira was the owner of a gun store at 22287 Redwood Road in Castro Valley, California for 35 years.

Without question, I found him to be the most honest gun store operator in my 54 years as a peace officer in Alameda County (24 years Berkeley Police, 10 ½ years Hayward Police Chief and 20 plus years as Sheriff of Alameda County).

On several occasions in the early 1990's, I sent undercover officers into his store to try to discover violations. Mr. Teixeira was always doing business according to the letter of the law.

I have found Mr. Teixeira to be a very fine citizen of this County. He is a man of fine character and I'm proud to call him my friend.

I highly recommend him to one and all. He is a good man.

Sincerely,

C.C. Plummer
Sheriff Emeritus
Alameda County

Courthouse  •  1225 Fallon Street  •  Room 103  •  Oakland, California 94612-4381  •  (415) 272-6866