Victoria Reno
16111 Paseo Largavista
San Lorenzo, CA 94580
510-276-0345

May 2, 2011

To Whom It May Concern:

This letter is to confirm my personal knowledge that both John Texeira and Steve Nobriga wish to lease my family's property located at 488 Lewelling Blvd, San Lorenzo, CA 94580 and plan to open a retail gun shop at this location. I am in agreement with this arrangement and approve the use of the premises for this particular business.

*Victoria Lynn Reno*
Victoria Lynn Reno
Power of Attorney for Mary K Graves
Owner of 486-488 Lewelling Blvd
San Lorenzo, CA 94580

cc: John Texeira
    Steve Nobriga