COUNTY COMMUNITY DEVELOPMENT AGE
PLANNING DEPARTMENT

*E2*

**Rodrigo Orduña, AICP**
*Senior Planner*

Permit Center
399 Elmhurst Street, Suite 141, Hayward, CA 94544-1215
ph 510.670.6503 · fax 510.670.6529 · rodrigo.orduna@acgov.org

<u>17.52.741</u> - Nonconforming use—Firearms sales.

Upon the effective date of the ordinance codified in this chapter, any per
has established a legal nonconforming use to conduct firearms sales, inc.
ninety (90) days of the effective date of the ordinance codified in this ch
the extent and scope of such use to the board of zoning adjustments. If a
established, continued firearms sales may continue if all applicable state and federal permits and licenses have been
obtained and maintained in good standing, and a valid firearms dealer's license has been issued by the county of
Alameda. The nonconforming use may not be increased, enlarged or expanded without an additional land use permit
as provided by this chapter and Chapter 17.54.

(Ord. 2002-60 (part): Ord. 98-53 § 1 (part))

<u>17.54.081</u> - Variances—Firearms sales.

A conditional use permit for firearms sales issued pursuant to this chapter is subject to the variance provisions set
forth in Chapter 17.54.

(Ord. 98-53 § 1 (part))

<u>17.54.131</u> - Conditional uses—Firearms sales.

In addition to the findings required of the board of zoning adjustments under Sections 17.54.130 and 17.54.140, no
conditional use permit for firearms sales shall issue unless the following additional findings are made by the board
of zoning adjustments based on sufficient evidence:

A.

That the district in which the proposed sales activity is to occur is appropriate;

B.

That the subject premises is not within five hundred (500) feet of any of the following: residentially zoned district;
elementary, middle or high school; pre-school or day care center; other firearms sales business; or liquor stores or
establishments in which liquor is served;

C.

That the applicant possesses, in current form, all of the firearms dealer licenses required by federal and state law;

D.

That the applicant has been informed that, in addition to a conditional use permit, applicant is required to obtain a
firearms dealer license issued by the county of Alameda before sale activity can commence, and that information
regarding how such license may be obtained has been provided to the applicant;

E.

That the subject premises is in full compliance with the requirements of the applicable building codes, fire codes and
other technical codes and regulations which govern the use, occupancy, maintenance, construction or design of the
building or structure;

*front door to front door?*