

(510) 670-5469
FAX (510) 782-1939
EMAIL: al@acpwa.org

**ALBERT JORDAN, PLS**
ASSOCIATE LAND SURVEYOR

COUNTY OF ALAMEDA
PUBLIC WORKS AGENCY
399 ELMHURST STREET
HAYWARD, CA 94544-1307

TO SERVE AND PRESERVE OUR COMMUNITY

STREET ADDRESS          APN.

488 Lewelling Blvd    486-413-97-1-3

531 Paseo Del Rio     412-014-06

1571B Paseo Largavista  412-014-07

452 Albion Ave.       413-097-027

499'    -+3'

Ross Kinnie
(510) 553 9700 office
909-9992 cell

Zoning ordinance



