November 11, 2011

To whom it may concern,

My name is Huy Nguyen and I am the resident of the home at 452 Albion Avenue, San Lorenzo, CA 94580.

I have no objection to having a gun shop open at 488 Lewelling Blvd in San Lorenzo.

*Huy Nguyen* (signature)

510 384-5643