# LEWELLING BLVD. SAN LORENZO, CA.

PROPERTY LINE +/- 150.08 S 89.28' W
(E) DRIVEWAY
(E) SIDEWALK
WATER
PROPERTY LINE +/- 32.55' N 0. 25'.20" W
5.0'
3.2'
18.33'
16.83'
MAIN ELECT. & GAS
(E) PARKING
24.42'
EXISTING BUILDING "UPHOLSTRY PROS" 486 LEWELLING
LANDSCAPE
50.33'
(E) PARKING HC
78.4'
A.P.N. 413.97.01.03
(E) DRIVEWAY
140.04'
(E) PARKING
PROPERTY LINE
+/- 37.5'
PROPERTY LINE 165.32' N 49. 01'10" W
(E) PARKING
ELECT. SUB PANEL
60.5'
1.5'
STOR.
STORE SPACE
EXISTING BUILDING PROPOSED "VALLEY GUNS & AMMO" 488 LEWELLING
31.0'
EXISTING BUILDING PAINT STORE
3.0'
OFFICE
BATH
OFFICE
10.5'
26.0'
12.2'
34.5'
3.8'
LANDSCAPE
20.7'
32.68' N 87. 25'.50" E

## SITE PLAN & FLOOR PLAN
SCALE: 1:20

## VICINITY MAP
NO SCALE

MOLINAR HOME DESIGN
8054 VIA ZAPATA
DUBLIN, CA. 94568
(925) 200-2598
Mark Molinar – Architect
molinarhomedesign@att.net

REVISION | DRWN | DATE
PLAN CHECK | MEM | XX/XX/XX

VALLEY GUNS & AMMO
CONDITION USE PERMIT
488 LEWELLING BLVD. SAN LORENZO, CA. 94580
A.P.N. 413-0097-001-03

BUILDING OWNER
MARY K. GRAVES
3325 LENARD DR.
CASTRO VALLEY, CA. 94546

LICENSED ARCHITECT
MARK E. MOLINAR
NO. C-29459
STATE OF CALIFORNIA

SITE PLAN & VICINITY MAP

VISION | SCALE: VARIES

Vicinity map labels: SPRING LAKE DR., WASHINGTON AVE., LEWELLING BLVD, HESPERIAN BLVD, 238, 880, PROJECT SITE 488 LEWELLING BLVD.



REAR ELEVATION
SCALE: 1/8" = 1'-0"

LEFT ELEVATION
SCALE: 1/8" = 1'-0"

RIGHT ELEVATION
SCALE: 1/8" = 1'-0"

Valley Guns & Ammo

488



MOLINAR HOME DESIGN

8054 VIA ZAPATA
DUBLIN, CA. 94568
(925) 200-2598
Mark Molinar — Architect
molinarhomedesign@att.net

| REVISION | DRWN | DATE |
|---|---|---|
| PLAN CHECK | MEM | XX/XX/XX |

VALLEY GUNS & AMMO
CONDITION USE PERMIT
488 LEWELLING BLVD. SAN LORENZO, CA. 94580
A.P.N. 413-0097-001-03

BUILDING OWNER
MARY K. GRAVES
3325 LENARD DR.
CASTRO VALLEY, CA. 94546



EXISTING EXTERIOR ELEVATIONS

VISION | SCALE: 1/8"=1'-0"

# Molinar Home Design

8054 VIA ZAPATA
DUBLIN, CA. 94568
(925) 200-2598
Mark Molinar – Architect
molinarhomedesign@att.net

## Floor Plan Notes

1. NO CHANGE TO EXTERIOR ELEVATIONS. INTERIOR CHANGES ONLY.
2. ALL NEW WALL DIMENSIONS ARE TO FACE OF NEW FRAMING. DIMENSIONS OF NEW WALLS ARE FROM FACE OF EXISTING FINISH.
3. ALL TEMPERED GLASS SHALL BE AFFIXED WITH A PERMANENT LABEL PER C.B.C. – SECTION 2406.2.
4. 1/4" POWDER DRIVEN ANCHOR PINS AT 4'-0" O.C. MAX. (HILTI DN72S36, ICBO REPORT 1290 WITH PLATE WASHERS) MAY BE USED AT INTERIOR NON-SHEAR AND NONBEARING WALLS ONLY WITH 1 1/2" MIN. PENETRATION INTO CONCRETE. & 1/4" x14 GA. WASHERS. C.B.C. SECTION 2304.3.4-3. SILL PLATES SHALL BE ANCHORED TO RESIST A MIN. 100 LBS. PER LINEAL FOOT ACTING EITHER PARALLEL OR PERPENDICULAR TO THE WALL.
5. NAILING: MIN. NAILING REQUIREMENTS FOR STANDARD CONNECTIONS SHALL BE IN ACCORDANCE WITH C.B.C. TABLE 2304.9.1
6. ALL NEW EQUIPMENT AND CABINETS SHALL BE FREE OF SHARP EDGES.
7. 10A:20BC FIRE EXTINGUISHERS AND MOUNTING HOOK SHALL BE FURNISHED AND INSTALLED, AS REQUIRED BY LOCAL FIRE AGENCY.

### Legend

EXISTING PARTITION TO REMAIN
NEW NON-BEARING PARTITION WALL

ABBREVIATIONS: (E)=EXISTING; (N) NEW;
(E-R) EXISTING – REMOVE OR RELOCATE

### Keynote Legend

1. MIRROR
2. LAVATORY
3. NOT USED
4. LOW FLOW WATER CLOSET. (1.6 GALLON PER FLUSH MAX.)
5. GRAB BAR (VERIFY SIZE)
6. EXIT SIGN
7. FIRE EXTINGUISHER (F.E.)
8. EXIT SIGN WITH DIRECTION ARROWS. (LOCATE NEAR CEILING)

| REVISION | DRWN | DATE |
|---|---|---|
| PLAN CHECK | MEM | xx/xx/xx |

## Floor Plan
SCALE: 1/4"=1'-0"

Plan shows: OFFICE, BATH, OFFICE, STORAGE, TOILET, STORE SPACE, STORAGE, STORAGE, DISPLAY CASE

Notes on plan:
- NO CHANGE TO THIS AREA
- RESTROOM DOOR TO SWING INWARD WITH SELF CLOSER. PROVIDE WATERPROOFING AT RESTROOM, LAVATORY WITH HOT & COLD WATER, SOAP, SANITARY TOWEL DISPENSER, ETC.
- REMOVE (E) 4030 WINDOW FRAME-IN WALL OPENING
- 14'x12'-6" SECURITY GATE
- (E) STORE FRONT
- (E) ENTRY DOOR
- (E) 10'x10' ROLL UP DOOR

### 20 — Restroom Signage
WALL MOUNTED SIGNAGE (TYP.) / DOOR MOUNTED SIGNAGE (TYP.)
UNISEX / WOMEN / MEN / UNISEX / WOMEN / MEN
6" U.O.N. WHITE COPY ON BLUE BACKGROUND
1/4" HT. LETTERS TYP.
NOTE: PICTOGRAMS AND/OR LETTERING ARE NOT REQUIRED ON DOOR MOUNTED SIGNAGE.
LETTERING RAISED 1/32" UPPER CASE SANS SERIF OR SIMPLE SERIF
CORRESPONDING GRADE II BRAILLE
WALL MOUNTED SIGNAGE TO BE LOCATED ON LATCH SIDE OF DOOR CLEAR OF DOOR SWING. MOUNT AT 60" OF SIGN FROM FLOOR.
THIS DIAGRAM ILLUSTRATES THE SPECIFIC REQUIREMENTS OF THE ACCESSIBILITY REGULATIONS AND IS INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.
SCALE: 1/4" = 1'-0"

### 19 — Restroom Signage

### 18 — Accessible Toilet Elevation
FRONT VIEW / SIDE VIEW
ALL DISPENSERS +40" MAX. TO HIGHEST OPERABLE PART
36" MIN. / 6" MAX. / 12" MIN.
42" MIN. GRAB BAR / 36" MIN. GRAB BAR
X = 52" MIN. WHEN TOILETS ARE IN STALLS
X = 54" MIN. WHEN TOILETS ARE NOT IN STALL
CBC TITLE 24/ FIGURE 11B-1A
ADA/ FIGURE 29
THIS DIAGRAM ILLUSTRATES THE SPECIFIC REQUIREMENTS OF THE ACCESSIBILITY REGULATIONS AND IS INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.
SCALE: 1/4" = 1'-0"

### Accessibility Diagram (bottom left)
WHITE COPY ON BLUE BACKGROUND
SIGN OF INTERNATIONAL SYMBOL OF ACCESSIBILITY
NOTE: ALL ACCESSIBLE ENTRANCES SHALL HAVE A MIN. 6"x6" INTERNATIONAL SYM. OF ACCESSIBILITY DISPLAYED ON THE DOOR, MOUNTED 60" ABOVE THE LANDING.

### Symbol Proportions / Display Conditions

### Minimum Clearances at Doors
- HINGE APPROACH: 60" MIN. PULL SIDE 36" MIN. AT HINGE APPROACH / 24" AT LATCH APPROACH
- LATCH APPROACH: 32" CLR. 2007 CBC EXTERIOR 1126A.3.2 ONLY 18" IF INTERIOR (24" PREFERRED)
- HINGE APPROACH: 44" MIN. 32" CLR.
- LATCH APPROACH: 54" MIN. 2001 CBC 11B-26A
- HINGE APPROACH: 48" MIN. IF DOOR IS EQUIPPED WITH BOTH A LATCH AND A CLOSER.
- 1120A.3.1 OCCUPANT LOAD >10

### Two Hinged Doors in Series
48" MIN. DIRECTION OF APPROACH
CLEAR AT EXTERIOR DOORS 24" MIN.
CLEAR AT INTERIOR DOORS 18" MIN.
2007 CBC 1126A.3.1
2007 CBC 1126A.3.2
PROVIDE THIS ADDITIONAL SPACE IF DOOR IS EQUIPPED WITH BOTH A LATCH AND A CLOSER.

### Min. Clearances at Doors (right panel)
A - HINGED DOOR - 32" MIN. CLR. / 24" MAX.
B - SLIDING DOOR - 32" MIN. CLR. PROVIDE BUMPER IN POCKET TO PREVENT DOOR FROM FULLY RECEDING
C - FOLDING DOOR - 32" MIN. CLR.
THIS DIAGRAM ILLUSTRATES THE SPECIFIC REQUIREMENTS OF THE ACCESSIBILITY REGULATIONS AND IS INTENDED ONLY AS AN AID FOR BUILDING DESIGN AND CONSTRUCTION.
SCALE: 1/2" = 1'-0"

### Threshold Detail
COMPRESSED CARPET 1/4" MAX. BELOW THRESHOLD
FINISHED FLOOR EVEN
1/4" MAX. / 1/2" MAX. AT 1:2 SLOPE

---

**VALLEY GUNS & AMMO**
**CONDITION USE PERMIT**
488 LEWELLING BLVD. SAN LORENZO, CA. 94580
A.P.N. 413-0097-001-03

**BUILDING OWNER**
MARY K. GRAVES
3325 LENARD DR.
CASTRO VALLEY, CA. 94546

LICENSED ARCHITECT
MARK E. MOLINAR
NO. C-29459
REN. DEC. 31, 2011
STATE OF CALIFORNIA

EXISTING FLOOR PLAN & REVISIONS

VISION | SCALE: VARIES