DONNA R. ZIEGLER [142415]
County Counsel
By:  MARY ELLYN GORMLEY  [154327]
Assistant County Counsel
SAMANTHA N. STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for County of Alameda, Alameda Board of Supervisors, Wilma Chan, Nate Miley, and Keith Carson

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>              Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity,<br><br>              Defendants. | Case No.: CV12-3288 (SI)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>DATE: December 21, 2012<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 10, 19th Floor |

# REQUEST FOR JUDICIAL NOTICE

The Defendants County of Alameda, Alameda Board of Supervisors, and Wilma Chan, Nate Miley and Keith Carson in their official capacities ("Defendants"), hereby request that the Court take judicial notice of the following documents previously filed in the Court's docket attached to Plaintiffs' Motion for Preliminary Injunction, Documents ## 20-15, 20-16, 20-17 and Doc. #20, Ex. T.  Each of these documents are official Alameda County records.  This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.  This request is made in connection with Defendants' reply in support of their motion to dismiss Plaintiff's Complaint for Damages, Injunctive Relief and/or Declaratory Judgment (Doc. #1.)

| Doc. # | Description |
|---|---|
| 20-15 | Alameda County Community Development Agency Planning Department Staff Report to the West County Board of Zoning Adjustments for Hearing Date December 14, 2011 regarding PLN-2001-00096 |
| 20-16 | Letter to Plaintiffs regarding the adoption of Resolution No. Z-11-70 of the West County Board of Zoning Adjustments Adopted at the Hearing of December 14, 2011 Concerning Variance and Conditional Use Permit, PLN-2001-00096 |
| 20-17 | West County Board of Zoning Adjustments Meeting Minutes for December 14, 2011 (Approved January 25, 2012) |
| 20Ex.T | DVD of Alameda County Board of Supervisors Planning Meeting on February 28, 2012 |

# MEMORANDUM OF POINTS AND AUTHORITIES

On a motion to dismiss, a court may take judicial notice of matters of public record in accordance with Federal Rule of Evidence 201 without converting the motion to dismiss to a motion for summary judgment.  *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (citing *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986).  Courts may take judicial notice of documents that are "referenced in the complaint," and their "authenticity is unquestioned."  Fed. R. Evid. 201(b); *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) (stating "a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned").  As explained

further below, the Court may take judicial notice of Documents ## 20-15, 20-16, 20-17 and Doc. #20, Ex. T.

As stated in *Lee*, the court may take judicial notice of "undisputed matters of public record." *Lee*, 250 F.3d at 690.  Undisputed matters of public record include the "records and reports of administrative bodies." *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (quoting *Interstate Nat. Gas Co. v. S. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953).  In addition, this Court may take judicial notice of its own records. *Reyn's Pasta Bella, LLC v. Visa USA, Inc*. 442 F.3d 741, 746 n.6 (9th Cir. 2006). Documents ## 20-15, 20-16, 20-17 and Doc. #20, Ex. T are official government records created by the public agencies West County Board of Zoning Adjustments and the Alameda County Board of Supervisors and have been filed with this Court.  These records are undisputed, easily verifiable, and referenced throughout the Complaint. (*See* Complaint for Damages, Injunctive Relief and/or Declaratory Judgment at ¶¶ 30, 32, 37.)

For the foregoing reasons, Documents ## 20-15, 20-16, 20-17 and Doc. #20, Ex. T may be properly considered by the Court in ruling on Defendants' motion to dismiss.

DATED:     December 3, 2012          DONNA R. ZIEGLER,
                                     County Counsel, County of Alameda


                                     By    /s/  *Mary Ellyn Gormley*
                                          MARY ELLYN GORMLEY
                                          Assistant County Counsel

                                          Attorneys for Defendants