**Law Offices of Donald Kilmer**
A Professional Corporation

1645 Willow Street, Suite 150
San Jose, California 95125-3030
E-Mail: Don@DKLawOffice.com
Phone: 408/264-8489
Fax: 408/264-8487

FILED
DEC X 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 6, 2012

**Via: Federal Express**

CLERK OF THE COURT
UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT OF CALIFORNIA
U.S. Courthouse – 450 Golden Gate Avenue
San Francisco, California 94102-3483

Re:   *Teixeira, et al., v Alameda County, et al.*
      United States District Court, Case No.: 3:12-CV-03288 SI

Dear Clerk:

Enclosed please find four copies of a document labeled: **Exhibit T, Attachment to Doc #20**.

Because this is a video, the local rules require that I manually file it. One may be designated an original, one is chambers' copy for Judge Illston, there is one extra and one to return to my office with a file-endorsed stamp in the SASE provided.

Please note that Opposing Counsel was served with a copy by U.S. Mail.

Thank you.

Respectfully,

/s/ Donald Kilmer
Donald Kilmer
Attorney for Plaintiffs


CC:   Gormley, Mary Ellyn, County Counsel <MaryEllyn.Gormley@acgov.org>
      Without Enclosure via Email