**ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY**

PLANNING DEPARTMENT

Chris Bazar
*Agency Director*

Albert Lopez
*Planning Director*

224
West Winton Ave.
Room 111

Hayward
California
94544

phone
510.670.5400
fax
510.785.8793

www.acgov.org/cda

November 5, 2012

Dear Property Owners:

This is to advise you that the Alameda County Planning Department has received an application for site development review in the immediate area of your property:

**SITE DEVELOPMENT REVIEW, PLN-2012-00130 – KELLY-MOORE PAINT STORE / COMMERCIAL COMPASS, KATY SCHARDT** - Application to allow operation of a new 2,500 square foot 7-11 store in a portion of the former Kelly Moore Paint Store, in an "FA" (Freeway Access) within the Ashland Cherryland Business Specific District, located at 15611 Hesperian Boulevard, west side, south of Lewelling Boulevard, unincorporated San Lorenzo area of Alameda County, bearing Assessor's Parcel Number: 084C-1064-027-00.

There will be no public hearing on the Site Development Review application. We would appreciate receiving all comments on the proposed Site Development Review before November 26, 2012. No action will taken by the Planning Director prior to this date. If you have any questions, please contact me at (510) 670-5400 or email at Carole.kajita@acgov.org .

Sincerely,

Carole Kajita
Development Planning Division

CK: ybg