Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Voice:       (408) 264-8489
Facsimile:   (408) 264-8487
EMail:       Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice:       (949) 310-0817
Facsimile:   (949) 288-6894
EMail:       Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC. (Cal-FFL),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity.<br><br>Defendants. | CASE NO.: 3:12-CV-03288 SI<br><br>ERRATA MEMO RE:<br>Documents # 020 and 021<br><br>Date:   December 21, 2012<br>Time:   9:00 a.m.<br>Place:  United States District Court - San Francisco 450 Golden Gate Ave.<br>Court:  Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*           Page 1 of  4           Errata Memorandum

1. In the DECLARATION OF PLAINTIFFS: STEVE NOBRIGA, JOHN TEIXEIRA, GARY GAMAZA, (Doc # 020) at paragraph 9.a., the date should have read October 20, 2010 instead of October 20, 2012.

2. I mis-remembered the rule for the number of pages that triggered the necessity of a Table of Contents and a Table of Authorities for a Memorandum of Points and Authorities. As Plaintiffs' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF A REQUEST FOR A PRELIMINARY INJUNCTION (Doc # 21) is more than ten (10) pages, I have attached those tables to this errata memorandum.

Respectfully Submitted on December 7, 2012,

　 /s/ Donald Kilmer
Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125-3030
Telephone: 408/264-8489
Facsimile: 408/264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*      Page 2 of 4      Errata Memorandum

# TABLE OF CONTENTS

INTRODUCTION..................................................................................................................2

FACTS..................................................................................................................................2

SUMMARY OF ARGUMENTS...........................................................................................5

STATEMENT OF THE LAW...............................................................................................6

ARGUMENT.........................................................................................................................7

    Plaintiffs Will Prevail on the Merits of Their Claims..................................................7

        The Board of Supervisors Wrongfully Considered the Appeal..........................8

        The Defendants' Measurements for the "500 Foot Rule" are Arbitrary............8

        The "500 Foot Rule" is Not Rational.................................................................10

    Plaintiffs will Suffer Irreparable Harm and the Equities Favor Them.................12

CONCLUSION....................................................................................................................13

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

# TABLE OF AUTHORITIES

## Federal Cases

*Alliance for Wild Rockies v. Cottrell* (9th Cir. 2011) 632 F.3d 1127..........................7

*Barnes v. Glen Theatre, Inc.,* 501 U.S. 560 (1991).......................................................10

*Buckhannon Bd & Care Home, Inc., et al., v.*
    *W. Virginia Dept of Health and Human Res., et. al.*, 532 U.S. 598 (2002)...........12

*Cantwell v. Connecticut*, 310 U.S. 296 (1940)...............................................................9

*Citigroup Global Markets, Inc. v.*
    *VCG Special Opportunities Master Fund Ltd.* (2nd Cir. 2010) 598 F.3d 30.....7

*City of L.A. v. Alameda Books*, 535 U.S. 425 (2002).......................................................8

*City of Renton v. Playtime Theatres, Inc.,* 475 U.S. 41 (1986)...................................10

*District of Columbia v. Heller*, 554 U.S. 570 (2008) ......................................................7

*Ezell v. City of Chicago*, 651 F.3d 684, 708-709 (7th Cir. 2011)............................11, 12

*Forsyth County v. Nationalist Movement,* 505 U.S. 123 (1992)...................................9

*Heffron v. International Society for Krishna Consciousness, Inc.*
    452 U.S. 640 (1981)...............................................................................................9

*McDonald v. Chicago*, 561 U.S. ___, 130 S.Ct. 3020 (2010).........................................7

*Niemotko v. Maryland*, 340 U.S. 268 (1963)..................................................................9

*Nordyke v. King*, 681 F.3d 1041 (9th Cir. 2012)(en banc)..............................................12

*Schad v. Mt. Ephraim*, 452 U.S. 61 (1981).....................................................................8

*Shuttlesworth v. Birmingham*, 394 U.S. 147 (1969).......................................................9

*Southeastern Promotions, Ltd. v. Conrad*, 420 U.S. 546 (1975)..................................9

*Winter v. Natural Resources Defense Council, Inc.* (2008) 555 U.S. 7..........................6

*Young v. American Mini Theatres, Inc.*, 427 U.S. 50 (1976).........................................8

## State Cases

*Doe v. City and County of San Francisco*, 136 Cal. App. 3d 509...............................11

*Fiscal v. City and County of San Francisco*, 158 Cal. App. 4th 895............................11

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487