1 | Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer
2 | A Professional Corporation
1645 Willow Street, Suite 150
3 | San Jose, California 95125
Voice:         (408) 264-8489
4 | Facsimile:  (408) 264-8487
EMail:         Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
6 | Davis & Associates
30021 Tomas Street, Suite 300
7 | Rancho Santa Margarita, CA 92688
Voice:         (949) 310-0817
8 | Facsimile:  (949) 288-6894
EMail:         Jason@CalGunLawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity.<br><br>Defendants. | CASE NO.: 3:12-CV-03288 SI<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>**Current CMC:**   Jan. 25, 2013  2:30 p.m.<br><br>**Proposed CMC:**   TBA after Feb. 22, 2013 |

The parties, by and through counsel, stipulate as follows:

1.    The Defendants have filed a motion to Motion to Dismiss.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1    2.    Plaintiffs have filed a Motion for a Preliminary Injunction.

2    3.    On December 18, 2012 the Court issued an order for supplemental briefing

3        and reset the hearing for both motions to February 22, 2013. (Doc #30)

4    4.    There is a Case Management Conference in this matter currently set for

5        January 25, 2013 at 2:30 p.m.

6    5.    The Parties stipulate that this Case Management Conference should go off

7        calendar, to be reset by the Court after disposition of the parties' motions.

8   **SO STIPULATED**.

9   Date: January 15, 2013          Date: January 15, 2013

10   /s/ Donald Kilmer          /s/ Mary Ellyn Gormley

11   For Plaintiffs          For Defendants

12

13          **ATTESTATION FOR COMPLIANCE WITH**
           **GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

14

15   I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Mary Ellyn Gormley that the content of this document is acceptable to all persons

16   required to sign the document. I declare that this document was signed in San Jose, CA on January 15, 2013.

17

   /s/ Donald Kilmer

18   Donald Kilmer
    Attorney for Plaintiffs

19

20

21                               **ORDER**

22     Good cause appearing, the Court vacates the Case Management Conference

23   current set for January 25, 2013. The Court will issue a new Case Management

24   Conference date along with the disposition of the parties' motions.

25

26   Date:                                       _____

27                                            U.S. District Judge

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487