1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   Law Offices of Donald Kilmer
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Voice:        (408) 264-8489
4  Facsimile:    (408) 264-8487
   EMail:        Don@DKLawOffice.com
5
   Jason A. Davis (SBN: 224250)
6  Davis & Associates
   30021 Tomas Street, Suite 300
7  Rancho Santa Margarita, CA 92688
   Voice:        (949) 310-0817
8  Facsimile:    (949) 288-6894
   EMail:        Jason@CalGunLawyers.com
9
   Attorneys for Plaintiffs
10

11
                    **UNITED STATES DISTRICT COURT**
12            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13
   JOHN TEIXEIRA, STEVE                  CASE NO.: 3:12-CV-03288 SI
14 NOBRIGA, GARY GAMAZA,
   CALGUNS FOUNDATION (CGF),             STIPULATION AND ORDER
15 INC., SECOND AMENDMENT                RE: CONTINUANCE OF CASE
                                         MANAGEMENT CONFERENCE
16 FOUNDATION (SAF), INC., and
   CALIFORNIA ASSOCIATION OF             **Current CMC:     Jan. 25, 2013**
17 FEDERAL FIREARMS LICENSEES                             **2:30 p.m.**
   (Cal-FFL),
18                                       **Proposed CMC:    TBA after**
                 Plaintiffs,                             **Feb. 22, 2013**
19
20                   vs.

21 COUNTY OF ALAMEDA, ALAMEDA
   BOARD OF SUPERVISORS (as a
22 policy making body), WILMA CHAN
   in her official capacity, NATE MILEY
23 in his official capacity, and KEITH
   CARSON in his official capacity.
24
25               Defendants.
26

27 The parties, by and through counsel, stipulate as follows:

28 1.      The Defendants have filed a motion to Motion to Dismiss.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  2.      Plaintiffs have  filed a Motion for a Preliminary Injunction.

2  3.      On December 18, 2012 the Court issued an order for supplemental briefing

3          and reset the hearing for both motions to February 22, 2013.  (Doc #30)

4  4.      There is a Case Management Conference in this matter currently set for

5          January 25, 2013 at 2:30 p.m.

6  5.      The Parties stipulate that this Case Management Conference should go off

7          calendar, to be reset by the Court after disposition of the parties' motions.

8  **SO STIPULATED**.

9  Date: January 15, 2013                    Date: January 15, 2013

10   _/s/ Donald Kilmer_                        _/s/ Mary Ellyn Gormley_

11  For Plaintiffs                             For Defendants

12

13              **ATTESTATION FOR COMPLIANCE WITH**
                **GENERAL ORDER 45 AND LOCAL RULE VIII.B.**
14
        I, Donald Kilmer, declare under penalty of perjury under the laws of California
15  and the United States that I have in my possession e-mail correspondence from
    Mary Ellyn Gormley that the content of this document is acceptable to all persons
16  required to sign the document.  I declare that this document was signed in San
    Jose, CA on January 15, 2013.
17
     _/s/ Donald Kilmer_
18  Donald Kilmer
    Attorney for Plaintiffs
19

20
                                **ORDER**
21                              continues
        Good cause appearing, the Court ~~vacates~~ the Case Management Conference
22                          to March 29, 2013, at 2:30 pm.
    current set for January 25, 2013.  ~~The Court will issue a new Case Management~~
23
    ~~Conference date along with the disposition of the parties' motion~~s.
24

25
    Date:   1/17/13                            _____
26
                                               U.S. District Judge
27

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487