IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANFILO FLORES, JR., | No. C 12-794 SI |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| GMAC MORTGAGE, LLC, et al., | |
| Defendants. | |

On June 11, 2012, defendants filed a motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). However, during the pendency of defendants' motion, the Court referred the action Alternative Dispute Resolution (ADR) for mediation on August 21, 2012. The parties continue to actively mediate their dispute. To date, four mediation sessions and conferences have been held. Although no agreement has yet been reached, the parties continue to pursue a non-judicial resolution and have scheduled another session for March 21, 2013.

In light of the parties' ongoing efforts, the Court finds it appropriate to DENY defendants' motion to dismiss WITHOUT PREJUDICE. Should the parties fail to reach a resolution, defendants may re-file their motion and the Court will consider it promptly. This Order resolves Docket No 8.

**IT IS SO ORDERED.**

Dated: February 25, 2013

SUSAN ILLSTON
United States District Judge