Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Voice:        (408) 264-8489
Facsimile:    (408) 264-8487
EMail:        Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice:        (949) 310-0817
Facsimile:    (949) 288-6894
EMail:        Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity.<br><br>Defendants. | CASE NO.: 3:12-CV-03288 SI<br><br>STIPULATION AND ORDER RE: DEADLINE FOR AMENDED COMPLAINT and CASE MANAGEMENT CONFERENCE<br><br>Current Due Date for filing Amended Complaint:    Mar. 15, 2013<br><br>Current CMC:    Mar. 29, 2013<br>2:30 p.m.<br>19th Floor<br>Courtroom 10 |

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*          Page 1 of 3          Stipulation: Case Mgmt

1     The parties, by and through counsel, stipulate to the following:

2  1.    There is an Initial Case Management Conference set for March 29, 2013 in
3      this matter.
4  2.    On February 26, 2013 this Court entered an order granting Defendants'
5      Motion to Dismiss with leave to amend.
6  3.    The Court set the date for filing an amended complaint on March 15, 2013.
7  4.    Plaintiffs need additional time to both consider the decision whether to file
8      an amended complaint and/or to gather additional facts to support filing an
9      amended complaint.
10  4.    Given these facts, the parties agree to:
11      A.    Extend the deadline for the parties to meet and confer re: initial
12           disclosures, early settlement, ADR process selection and discovery
13           plan.
14      B.    Extend the deadline for the parties to file ADR certification.
15      C.    Extend the deadline for the parties to file Rule 26(f) Reports and a
16           Joint Case Management Conference Statement.
17      D.    Continue the Case Management Conference.
18      E.    Continue the deadline for Plaintiffs to file an amended complaint, to
19           and including April 1, 2013.

20  **SO STIPULATED**.

21  Date: March 7, 2013                         Date: March 7, 2013
22   /s/ Donald Kilmer                         /s/ Mary Ellyn Gormley
23  For Plaintiffs                                 For Defendants
24
25  / / / /
26  / / / /
27
28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

## ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Mary Ellyn Gormley that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 7, 2013.

/s/
_____

Donald Kilmer
Attorney for Plaintiffs

## **SO ORDERED**.

Good cause appearing, the court makes the following orders:

1. Plaintiffs shall have until April 1, 2013 to file any amended complaint.

2. The parties shall have until _____ to file ADR Certification and Rule 26(f) Reports.

3. The parties shall file a Joint Case Management Conference Statement on _____.

4. The Initial Case Management Conference is continued to _____ at 2:30 p.m. in Courtroom 10, 19th Floor.

Date: _____

U.S. District Judge
**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487