1   Donald E.J. Kilmer, Jr., (SBN: 179986)
    Law Offices of Donald Kilmer
2   A Professional Corporation
    1645 Willow Street, Suite 150
3   San Jose, California 95125
    Voice:        (408) 264-8489
4   Facsimile:    (408) 264-8487
    EMail:        Don@DKLawOffice.com
5
    Jason A. Davis (SBN: 224250)
6   Davis & Associates
    30021 Tomas Street, Suite 300
7   Rancho Santa Margarita, CA 92688
    Voice:        (949) 310-0817
8   Facsimile:    (949) 288-6894
    EMail:        Jason@CalGunLawyers.com
9
    Attorneys for Plaintiffs
10

11
                 UNITED STATES DISTRICT COURT
12
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14  JOHN TEIXEIRA, STEVE
    NOBRIGA, GARY GAMAZA,              CASE NO.: 3:12-CV-03288 SI
15  CALGUNS FOUNDATION (CGF),
    INC., SECOND AMENDMENT             STIPULATION AND ORDER
16  FOUNDATION (SAF), INC., and        RE: DEADLINE FOR AMENDED
    CALIFORNIA ASSOCIATION OF          COMPLAINT and CASE
17  FEDERAL FIREARMS LICENSEES         MANAGEMENT CONFERENCE
    (Cal-FFL),
18
                                       Current Due Date
19          Plaintiffs,                for filing Amended
                                       Complaint:     Mar. 15, 2013
20
           vs.                         Current CMC:   Mar. 29, 2013
21                                                    2:30 p.m.
    COUNTY OF ALAMEDA, ALAMEDA                        19th Floor
22  BOARD OF SUPERVISORS (as a                        Courtroom 10
    policy making body), WILMA CHAN
23  in her official capacity, NATE MILEY
    in his official capacity, and KEITH
24  CARSON in his official capacity.

25

26
            Defendants.
27

28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

The parties, by and through counsel, stipulate to the following:

1. There is an Initial Case Management Conference set for March 29, 2013 in this matter.

2. On February 26, 2013 this Court entered an order granting Defendants' Motion to Dismiss with leave to amend.

3. The Court set the date for filing an amended complaint on March 15, 2013.

4. Plaintiffs need additional time to both consider the decision whether to file an amended complaint and/or to gather additional facts to support filing an amended complaint.

4. Given these facts, the parties agree to:

    A. Extend the deadline for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan.

    B. Extend the deadline for the parties to file ADR certification.

    C. Extend the deadline for the parties to file Rule 26(f) Reports and a Joint Case Management Conference Statement.

    D. Continue the Case Management Conference.

    E. Continue the deadline for Plaintiffs to file an amended complaint, to and including April 1, 2013.

**SO STIPULATED**.

Date: March 7, 2013                 Date: March 7, 2013

  /s/ Donald Kilmer                  /s/ Mary Ellyn Gormley

For Plaintiffs                       For Defendants

/ / / /

/ / / /

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*       Page 2 of 3        Stipulation: Case Mgmt

**ATTESTATION FOR COMPLIANCE WITH
GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Mary Ellyn Gormley that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 7, 2013.

_____/s/_____

Donald Kilmer
Attorney for Plaintiffs

**<u>SO ORDERED</u>.**

Good cause appearing, the court makes the following orders:

1. Plaintiffs shall have until April 1, 2013 to file any amended complaint.

2. The parties shall have until __April 5, 2013__ to file ADR Certification and Rule 26(f) Reports.

3. The parties shall file a Joint Case Management Conference Statement on ____ ____April 19, 2013____.

4. The Initial Case Management Conference is continued to April 26, 2013 at 2:30 p.m. in Courtroom 10, 19th Floor.

Date: 3/11/13

_Susan Illston_

U.S. District Judge

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487