1 | Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer
2 | A Professional Corporation
1645 Willow Street, Suite 150
3 | San Jose, California 95125
Voice:        (408) 264-8489
4 | Facsimile:    (408) 264-8487
EMail:        Don@DKLawOffice.com
5
Jason A. Davis (SBN: 224250)
6 | Davis & Associates
30021 Tomas Street, Suite 300
7 | Rancho Santa Margarita, CA 92688
Voice:        (949) 310-0817
8 | Facsimile:    (949) 288-6894
EMail:        Jason@CalGunLawyers.com
9
Charles W. Hokanson (SBN: 163662)
10 | 4401 Atlantic Ave, Suite 200
Long Beach, California 90807
11 | Voice: (562) 316-1476
Facsimile: (562) 316-1477
12 | Email: CWHokanson@TowerLawCenter.com

13 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL), | CASE NO.: 3:12-CV-03288 - SI  ADR CERTIFICATION BY PLAINTIFFS |
| Plaintiffs, | |
| vs. | |
| COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity, | |
| Defendants. | |

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*          Page 1 of 2          ADR Cert.

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned
2  certifies that he has:
3  (1) Read the handbook entitled "Dispute Resolution Procedures in the
4  Northern District of California" on the Court's ADR Internet site
5  www.adr.cand.uscourts.gov;
6  (2) Discussed the available dispute resolution options provided by the Court
7  and private entities; and
8  (3) Considered whether this case might benefit from any of the available
9  dispute resolution options.
10 Signatures:

11 Date: 4/15/2013    Name:    /s/ John Teixeira
                              John Teixeira

12 Date: 4/15/2013    Name:    /s/ Steve Nobriga
13                            Steve Nobriga

14 Date: 4/15/2013    Name:    /s/ Gary Gamaza
                              Gary Gamaza
15
   Date: 4/15/2013    Name:    /s/ Gene Hoffman
16                            For the Calguns Foundation, Inc.

17 Date: 4/15/2013    Name:    /s/ Alan Gottlieb
                              For the Second Amendment Foundation, Inc.
18
   Date: 4/15/2013    Name:    /s/ Brandon Combs
19                            For California Association of
                              Federal Firearm Licensees
20
   Date: 4/15/2013    Name:    /s/ Donald Kilmer
21                            Attorney for the Plaintiffs
22

**ATTESTATION FOR COMPLIANCE WITH**
23 **GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

24 I, Donald Kilmer, declare under penalty of perjury under the laws of California
25 and the United States that I have in my possession e-mail correspondence from the
   clients set forth above and that the content of this document is acceptable to all
26 persons required to sign the document. I declare that this document was signed in
27 San Jose, CA on April 19, 2013.
    /s/
28 Donald Kilmer, Attorney for Plaintiffs.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487