Donald E.J. Kilmer, Jr., (SBN: 179986)
Law Offices of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Voice:          (408) 264-8489
Facsimile:      (408) 264-8487
EMail:          Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice:          (949) 310-0817
Facsimile:      (949) 288-6894
EMail:          Jason@CalGunLawyers.com

Charles W. Hokanson (SBN: 163662)
4401 Atlantic Ave, Suite 200
Long Beach, California 90807
Voice: (562) 316-1476
Facsimile: (562) 316-1477
Email: CWHokanson@TowerLawCenter.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL), <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity. <br><br> Defendants. | CASE NO.: 3:12-CV-03288 SI <br><br> STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE <br><br> Current CMC:   April 26, 2013 <br>                  2:30 p.m. <br>                  19th Floor <br>                  Courtroom 10 |

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Teixeira v. County of Alameda*          Page 1 of 3          Stipulation: Case Mgmt

1     The parties, by and through counsel, stipulate to the following:

2  1.    There is an Initial Case Management Conference set for April 26, 2013 in
3     this matter.

4  2.    On February 26, 2013 this Court entered an order granting Defendants'
5     Motion to Dismiss with leave to amend.

6  3.    On April 1, 2013 the Plaintiffs filed a First Amended Complaint.

7  4.    Defendants intend to file an FRCP 12(b) motion to challenge the legal
8     sufficiency of the Complaint.

9  5.    The parties stipulate that Defendants shall file any FRCP 12(b) motion on or
10    before May 20, 2013.

11  6.   The parties stipulate that if the Defendants do not file an FRCP 12(b) motion
12    by May 20, 2013, that the parties agree to a referral to Early Neutral
13    Evaluation of the Case through the Court's ADR process.

14  7.   In light of these agreements by the parties, they now seek an order from the
15    Court that will:

16     C.   Extend the deadline for the parties to file Rule 26(f) Reports and a
17         Joint Case Management Conference Statement.

18     D.   Continue the Case Management Conference.

19     E.   Continue the deadline for Defendants to file an answer to:

20         i.    15 days after any denial with prejudice of Defendants' FRCP
21            12(b) motion, or

22         ii.   15 days after termination without settlement of any ADR
23            procedure.

24  **SO STIPULATED**.

25  Date: April 18, 2013                    Date: April 18, 2013

26   /s/ Donald Kilmer                      /s/ Mary Ellyn Gormley

27  For Plaintiffs                              For Defendants

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

## ATTESTATION FOR COMPLIANCE WITH
## GENERAL ORDER 45 AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Mary Ellyn Gormley that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on April 18, 2013.

         /s/
——————————————————
Donald Kilmer
Attorney for Plaintiffs

## **SO ORDERED**.

Good cause appearing, the court makes the following orders:

1. Defendants shall have until May 20, 2013 to file any FRCP 12(b) motion.

2. If the Defendants do not file an FRCP 12(b) motion by May 21, 2013, the case is referred to the Northern District Alternative Dispute Resolution for an Early Neutral Evaluation.

3. Defendants shall file an answer in this matter upon:

    a.  15 days after any denial with prejudice of Defendants' FRCP 12(b) motion, or

    b.  15 days after termination without settlement of any ADR procedure.

4. The parties shall file any Rule 26(f) reports 10 days after the event described in paragraph 3 of this order.

5. The Initial Case Management Conference is continued to August _____ at 2:30 p.m. in Courtroom 10, 19th Floor.

6. The parties shall file a Joint CMC statement 10 days before the conference.

Date: _____                    _____
                                                 U.S. District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487