UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>        *Plaintiffs*,<br><br>    v.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity,<br><br>        *Defendants*. | Case No. 12-cv-03288-WHO<br><br>**ORDER GRANTING PARTIES' STIPULATION**<br><br>Re: Dkt. No. 48 |

Based on the parties' stipulation (Dkt. No. 48), the Court ORDERS the following:

The hearing on Defendants' Motion to Dismiss (Dkt. No. 44) shall be held on Wednesday, September 4, 2013, at 2:00 p.m. in Courtroom 2, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The due dates for filing the opposition and reply shall remain as previously set.

The parties shall attend a Case Management Conference at the end of the motions calendar on September 4, 2013. In lieu of the joint case management statement required by the Court's Reassignment Order, counsel shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California not

1 | less than seven days before the conference.

2 | **IT IS SO ORDERED.**

3 | Dated: July 8, 2013

_____
WILLIAM H. ORRICK
United States District Judge