UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 4, 2013 | **Time:** 22 minutes<br>2:00 p.m. to 2:22 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 12-cv-03288-WHO | **Case Name:** Teixeira v. County of Alameda | |

**Attorney for Plaintiff:** Charles W. Hokanson and Donald Kilmer
**Attorney for Defendant:** Samantha Stonework-Hand and Mary Ellyn Gormley

**Deputy Clerk:** Jean Davis        **Court Reporter:** FTR Recording

**PROCEEDINGS**

Parties heard as to Motion to Dismiss. Motion taken under advisement; written order to follow.
Case Management Conference forgone and discovery stayed pending issuance of the order.