Donald E.J. Kilmer, Jr., (CA State Bar No. 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile: (408) 264-8487
EMail: Don@DKLawOffice.com

Charles W. Hokanson (CA State Bar No. 163662)
4401 Atlantic Ave, Suite 200
Long Beach, California 90807
Telephone:  (562) 316-1476
Facsimile:  (562) 316-1477
Email: CWHokanson@TowerLawCenter.com

Attorneys for All Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TEIXEIRA, STEVE NOBRIGA, GARY GAMAZA, CALGUNS FOUNDATION (CGF), INC., SECOND AMENDMENT FOUNDATION (SAF), INC., and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES (Cal-FFL),<br><br>         Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA BOARD OF SUPERVISORS (as a policy making body), WILMA CHAN in her official capacity, NATE MILEY in his official capacity, and KEITH CARSON in his official capacity,<br><br>         Defendants. | Case No. 3:12-CV-03288-WHO<br><br>**NOTICE OF APPEAL (with Local Rule 3-2 Representation Statement attached)** |

Notice is hereby given that Plaintiffs in the above named case, JOHN TEIXEIRA; STEVE NOBRIGA; GARY GAMAZA; CALGUNS FOUNDATION, INC.; SECOND AMENDMENT FOUNDATION, INC.; and CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on the September 23, 2013 [Docket # 58] and all interlocutory orders prior to entry of that judgment, including, but not limited to the court's Order Granting Defendants' Motion To Dismiss And Denying Plaintiff's Motion For A Preliminary Injunction entered on February 26, 2103 [Docket # 37] and the court's Order Granting Motion To Dismiss First Amended Complaint With Prejudice entered on September 9, 2013 [Docket # 56].

A Local Rule 3-2 Representation Statement is attached hereto.

Respectfully Submitted,

October 21, 2013

_____

Charles W. Hokanson
Attorney for All Plaintiffs

1

NOTICE OF APPEAL (WITH LOCAL RULE 3-2 REPRESENTATION STATEMENT ATTACHED)

**LOCAL RULE 3-2 REPRESENTATION STATEMENT**

1) All Plaintiffs and Appellants in this matter are represented by:

   Donald E.J. Kilmer, Jr., (CA State Bar No. 179986)
   Law Offices of Donald Kilmer
   A Professional Corporation
   1645 Willow Street, Suite 150
   San Jose, California 95125
   Telephone: (408) 264-8489
   Facsimile: (408) 264-8487
   EMail: Don@DKLawOffice.com

   Charles W. Hokanson (CA State Bar No. 163662)
   4401 Atlantic Ave, Suite 200
   Long Beach, California 90807
   Telephone: (562) 316-1476
   Facsimile: (562) 316-1477
   Email: CWHokanson@TowerLawCenter.com

2) All Defendants (Appellees) in this matter are represented by:

   DONNA R. ZIEGLER (CA State Bar No. 142415)
   County Counsel
   MARY ELLYN GORMLEY (CA State Bar No. 154327)
   Assistant County Counsel
   Office of the County Counsel
   COUNTY OF ALAMEDA
   1221 Oak Street, Suite 450
   Oakland, California 94612
   Telephone: (510) 272-6700
   Facsimile: (510) 272-5020
   Email: mary.ellyn.gormley@acgov.org

Respectfully Submitted,

October 21, 2013

_____
Charles W. Hokanson
Attorney for All Plaintiffs

2

NOTICE OF APPEAL (WITH LOCAL RULE 3-2
REPRESENTATION STATEMENT ATTACHED)

DECLARATION OF SERVICE BY CM/ECF

I, Charles Hokanson, declare as follows:

    1.    I am a member of the bar of this court and am counsel of record in this case to all Plaintiffs and Appellants. I am over the age of 18 years and not a party to the action. My business address is 4401 Atlantic Ave, Ste 200, Long Beach, CA 90807.

    2.    I served the foregoing document, entitled NOTICE OF APPEAL (with Local Rule 3-2 Statement of Representation attached) on the interested parties in this action by using the Case Management/Electronic Case Filing System of the United States District Court for Northern District of California.

    3.    All participants in this case are registered CM/ECF users such that service will be accomplished by that system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of October, 2013 at Long Beach, California.

*Charles W Hokanson*
Charles W. Hokanson
Attorney for All Plaintiffs