ADRMOP,APPEAL,CLOSED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:12-cv-03288-WHO
#### Internal Use Only

Teixeira et al v. County of Alameda et al
Assigned to: Hon. William H. Orrick
Cause: 42:1983 Civil Rights Act

Date Filed: 06/25/2012
Date Terminated: 09/09/2013
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**John Teixeira**   represented by   **Donald E.J. Kilmer , Jr**
Offices of Donald Kilmer
1645 Willow Street
Suite 150
San Jose, CA 95125
408/264-8489
Fax: 408/264-8487
Email: Don@DKLawOffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles William Hokanson**
4401 Atlantic Boulevard
Ste 200
Long Beach, CA 90807
562-316-1476
Email: cwhokanson@towerlawcenter.com
*ATTORNEY TO BE NOTICED*

**Jason A. Davis**
Davis & Associates
27281 Las Ramblas
Suite 200
Mission Viejo, CA 92691
949-310-0817
Fax: 949-288-6894
Email: Jason@CalGunLawyers.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Nobriga**   represented by   **Donald E.J. Kilmer , Jr**
(See above for address)
*LEAD ATTORNEY*

                                                 *ATTORNEY TO BE NOTICED*

**Charles William Hokanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason A. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Gary Gamaza** | represented by | **Donald E.J. Kilmer , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles William Hokanson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason A. Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Calguns Foundation (CGF), Inc.** | represented by | **Donald E.J. Kilmer , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles William Hokanson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason A. Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Second Amendment Foundation (SAF), Inc.** | represented by | **Donald E.J. Kilmer , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles William Hokanson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason A. Davis**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **California Association of Federal Firearms Licensees (Cal-FFL)** | represented by | **Donald E.J. Kilmer , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles William Hokanson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason A. Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **County of Alameda** | represented by | **Mary Ellyn Gormley**<br>Office of the County Counsel<br>County of Alameda<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612<br>(510) 272-6700<br>Fax: 510-272-5020<br>Email: mary.ellyn.gormley@acgov.org<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Alameda Board of Supervisors**<br>*as a policy making body* | represented by | **Mary Ellyn Gormley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wilma Chan**<br>*in her official capacity* | represented by | **Mary Ellyn Gormley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Nate Miley**<br>*in his official capacity* | represented by | **Mary Ellyn Gormley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Keith Carson**<br>*in his official capacity* | represented by | **Mary Ellyn Gormley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2012 | 1 | COMPLAINT with Jury Demand, against Alameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley ( Filing fee $ 350, receipt number 34611075590). Filed by Gary Gamaza, Steve Nobriga, John Teixeira, Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc.. (jlm, COURT STAFF) (Filed on 6/25/2012) Modified on 6/26/2012 (jlm, COURT STAFF). (Additional attachment(s) added on 6/27/2012: # 1 Civil Cover Sheet) (cjl, COURT STAFF). Modified on 6/27/2012 (cjl, COURT STAFF). (Entered: 06/26/2012) |
| 06/25/2012 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/20/2012. Case Management Conference set for 9/27/2012 01:30 PM. (Attachments: # 1 Standing Order - KAW)(jlm, COURT STAFF) (Filed on 6/25/2012) (Entered: 06/26/2012) |
| 06/25/2012 | 3 | Summons Issued as to Alameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley. (jlm, COURT STAFF) (Filed on 6/25/2012) (cjl, COURT STAFF). (Entered: 06/26/2012) |
| 06/28/2012 | 4 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira.. (Kilmer, Donald) (Filed on 6/28/2012) (Entered: 06/28/2012) |
| 07/02/2012 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (sisS, COURT STAFF) (Filed on 7/2/2012) (Entered: 07/02/2012) |
| 07/03/2012 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Susan Illston for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to the case. Signed by the Executive Committee on July 3, 2012. (cjl, COURT STAFF) (Filed on 7/3/2012) (Entered: 07/03/2012) |
| 07/10/2012 | 7 | CLERKS NOTICE Initial Case Management Conference set for 9/28/2012 02:30 AM in Courtroom 10, 19th Floor, San Francisco. This is a docket text entry only, there is no document associate with this notice. (tfS, COURT STAFF) (Filed on 7/10/2012) (Entered: 07/10/2012) |
| 07/10/2012 | 8 | JUDGE ILLSTON'S STANDING ORDER (tfS, COURT STAFF) (Filed on 7/10/2012) (Entered: 07/10/2012) |
| 08/01/2012 | 9 | WAIVER OF SERVICE Returned Executed filed by Wilma Chan, Nate Miley, Keith Carson, County of Alameda. Service waived by Wilma Chan waiver sent on 7/2/2012, answer due 8/31/2012; Nate Miley waiver sent on 7/2/2012, answer due 8/31/2012; Keith Carson waiver sent on 7/2/2012, answer due 8/31/2012; County of Alameda waiver sent on 7/2/2012, answer due 8/31/2012. (Gormley, Mary Ellyn) (Filed on 8/1/2012) (Entered: 08/01/2012) |
| 08/23/2012 | 10 | STIPULATION WITH PROPOSED ORDER *re: case management* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second |

| | | |
|---|---|---|
| | | Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 8/23/2012) (Entered: 08/23/2012) |
| 08/24/2012 | 11 | ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, Motions terminated: 10 STIPULATION WITH PROPOSED ORDER *re: case management* filed by California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc., Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, John Teixeira. Initial Case Management Conference set for 11/2/2012 02:30 PM in Courtroom 10, 19th Floor, San Francisco.. Signed by Judge Susan Illston on 8/23/12. (tfS, COURT STAFF) (Filed on 8/24/2012) (Entered: 08/24/2012) |
| 09/10/2012 | 12 | WAIVER OF SERVICE Returned Executed filed by Wilma Chan, Nate Miley, Keith Carson, County of Alameda. (Gormley, Mary Ellyn) (Filed on 9/10/2012) (Entered: 09/10/2012) |
| 09/27/2012 | 13 | MOTION to Dismiss filed by Alameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley. Motion Hearing set for 10/18/2013 11:00 AM in Courtroom 4, 3rd Floor, Oakland before Magistrate Judge Kandis A. Westmore. Responses due by 10/11/2012. Replies due by 10/18/2012. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion to Dismiss, # 2 Proposed Order, # 3 Request for Judicial Notice, # 4 Proposed Order)(Gormley, Mary Ellyn) (Filed on 9/27/2012) (Entered: 09/27/2012) |
| 10/05/2012 | 14 | STIPULATION WITH PROPOSED ORDER *to set hearing and filing deadlines* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 10/5/2012) (Entered: 10/05/2012) |
| 10/11/2012 | 15 | ORDER: Initial Case Management Conference set for 11/2/12 is continued to 1/25/2013 02:30 PM in Courtroom 10, 19th Floor, San Francisco., Motions terminated: 14 STIPULATION WITH PROPOSED ORDER *to set hearing and filing deadlines* filed by California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc., Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, John Teixeira.. Signed by Judge Susan Illston on 10/5/12. (tfS, COURT STAFF) (Filed on 10/11/2012) (Entered: 10/11/2012) |
| 10/17/2012 | 16 | CLERKS NOTICE Continuing Motion Hearing, Set/Reset Deadlines as to 13 MOTION to Dismiss . Motion Hearing set for 12/20/12 is continued 12/21/2012 09:00 AM in Courtroom 10, 19th Floor, San Francisco before Hon. Susan Illston. This is a docket text entry only, there is no document assocaited with this notice.(tfS, COURT STAFF) (Filed on 10/17/2012) (Entered: 10/17/2012) |
| 11/05/2012 | 17 | Declaration of Gene Hoffman *in Support of* 21 *Request for Preliminary Injunction* filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, |

| | | |
|---|---|---|
| | | Donald) (Filed on 11/5/2012) Modified on 11/6/2012 (ysS, COURT STAFF). (Entered: 11/05/2012) |
| 11/05/2012 | 18 | Declaration of Alan Gottlieb *in Support of 21 Request for Preliminary Injunction* filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 11/5/2012) Modified on 11/6/2012 (ysS, COURT STAFF). (Entered: 11/05/2012) |
| 11/05/2012 | 19 | Declaration of Brandon Combs *in support of 21 Request for Preliminary Injunction* filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Attachments: # 1 Exhibit Ex A: CA Prohibited Persons)(Kilmer, Donald) (Filed on 11/5/2012) Modified on 11/6/2012 (ysS, COURT STAFF). (Entered: 11/05/2012) |
| 11/05/2012 | 20 | Declaration of Steve Nobriga, John Teixeira, Gary Gamaza *in support of 21 Request for Preliminary Injunction* filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(Kilmer, Donald) (Filed on 11/5/2012) Modified on 11/6/2012 (ysS, COURT STAFF). (Entered: 11/05/2012) |
| 11/05/2012 | 21 | MOTION for Preliminary Injunction filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. Motion Hearing set for 12/21/2012 09:00 AM in Courtroom 10, 19th Floor, San Francisco before Hon. Susan Illston. Responses due by 11/30/2012. Replies due by 12/7/2012. (Kilmer, Donald) (Filed on 11/5/2012) (Entered: 11/05/2012) |
| 11/16/2012 | 22 | RESPONSE (re 13 MOTION to Dismiss ) filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 11/16/2012) (Entered: 11/16/2012) |
| 11/30/2012 | 23 | RESPONSE (re 21 MOTION for Preliminary Injunction ) filed byAlameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley. (Attachments: # 1 Declaration, # 2 Declaration)(Gormley, Mary Ellyn) (Filed on 11/30/2012) (Entered: 11/30/2012) |
| 12/03/2012 | 24 | REPLY (re 13 MOTION to Dismiss ) filed byAlameda Board of Supervisors. (Attachments: # 1 Exhibit Request for Judicial Notice in Support of Defendants' Reply ISO Motion to Dismiss)(Gormley, Mary Ellyn) (Filed on 12/3/2012) (Entered: 12/03/2012) |
| | | |

| | | |
|---|---|---|
| 12/04/2012 | 25 | NOTICE of Manual Filing of Exhibit T by Plaintiffs re 20 Declaration in Support. (ysS, COURT STAFF) (Filed on 12/4/2012) (Entered: 12/07/2012) |
| 12/04/2012 | 26 | EXHIBIT T (DVD) to re 20 Declaration in Support filed byCalguns Foundation (CGF), Inc.. (Related document(s) 20 ) (ysS, COURT STAFF) (Filed on 12/4/2012) (Entered: 12/07/2012) |
| 12/07/2012 | 27 | REPLY (re 21 MOTION for Preliminary Injunction ) filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Attachments: # 1 Exhibit A) (Kilmer, Donald) (Filed on 12/7/2012) (Entered: 12/07/2012) |
| 12/07/2012 | 28 | ERRATA re 20 Declaration in Support,, 21 MOTION for Preliminary Injunction by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 12/7/2012) (Entered: 12/07/2012) |
| 12/14/2012 | 29 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 12/14/2012) (Entered: 12/14/2012) |
| 12/18/2012 | 30 | ORDER RE: SUPPLEMENTAL BRIEFING; RE-SETTING HEARING (Illston, Susan) (Filed on 12/18/2012) (Entered: 12/18/2012) |
| 12/19/2012 | | Set/Reset Deadlines as to 21 MOTION for Preliminary Injunction , 13 MOTION to Dismiss . Supplemental Briefs (not to exceed 30 pages) due by 1/25/2013. Motion Hearing re-set to 2/22/2013 09:00 AM in Courtroom 10, 19th Floor, San Francisco before Hon. Susan Illston. (tlS, COURT STAFF) (Filed on 12/19/2012) (Entered: 12/19/2012) |
| 01/16/2013 | 31 | STIPULATION WITH PROPOSED ORDER *Vacate CMC* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 1/16/2013) (Entered: 01/16/2013) |
| 01/17/2013 | 32 | ORDER Initial Case Management Conference set for 1/25/13 is continued to 3/29/2013 02:30 PM in Courtroom 10, 19th Floor, San Francisco.. Signed by Judge Susan Illston on 1/17/13., Motions terminated: 31 STIPULATION WITH PROPOSED ORDER *Vacate CMC* filed by California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc., Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, John Teixeira. (tfS, COURT STAFF) (Filed on 1/17/2013) (Entered: 01/17/2013) |
| 01/25/2013 | 33 | Brief re 13 MOTION to Dismiss *Defendants Supplemental Brief in Support of Motion to Dismiss* filed byAlameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley. (Related document(s) 13 ) |

| | | |
|---|---|---|
| | | (Gormley, Mary Ellyn) (Filed on 1/25/2013) (Entered: 01/25/2013) |
| 01/25/2013 | 34 | Brief *Supplemental (see Doc #30)* filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 1/25/2013) (Entered: 01/25/2013) |
| 02/21/2013 | 35 | CLERKS NOTICE : the motion to dismiss and for preliminary injunction has been taken off calendar and the motions are deemed submitted without argument. The Court will issue an order shortly. This is a docket text entry only, there is no document associated with this notice. (tfS, COURT STAFF) (Filed on 2/21/2013) (Entered: 02/21/2013) |
| 02/26/2013 | 36 | DISREGARD - FILED IN ERROR; ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION 13 21 (Illston, Susan) (Filed on 2/26/2013) Modified on 2/26/2013 (Illston, Susan). (Entered: 02/26/2013) |
| 02/26/2013 | 37 | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION re 13 , 21 motions. If plaintiffs wish to amend the complaint, they must do so no later than March 15, 2013.(Illston, Susan) (Filed on 2/26/2013) Modified on 2/27/2013 (ysS, COURT STAFF). (Entered: 02/26/2013) |
| 03/08/2013 | 38 | STIPULATION WITH PROPOSED ORDER *Reset CMC and Extend Time to File Amended Complaint* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 3/8/2013) (Entered: 03/08/2013) |
| 03/12/2013 | 39 | ORDER: Initial Case Management Conference set for 3/29/13 is continued 4/26/2013 02:30 AM in Courtroom 10, 19th Floor, San Francisco. Plaintiffs shall have until April 1, 2013 to file any amended complaint. Signed by Judge Susan Illston on 3/11/13., Motions terminated: 38 STIPULATION WITH PROPOSED ORDER *Reset CMC and Extend Time to File Amended Complaint* filed by California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc., Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, John Teixeira. (tfS, COURT STAFF) (Filed on 3/12/2013) Modified on 3/13/2013 (ysS, COURT STAFF). (Entered: 03/12/2013) |
| 03/12/2013 | 🔒 | (Court only) Set/Reset Deadlines: Amended Pleadings due by 4/1/2013. Case Management Statement due by 4/19/2013. (ysS, COURT STAFF) (Filed on 3/12/2013) (Entered: 03/13/2013) |
| 04/01/2013 | 40 | AMENDED COMPLAINT *(First)* against All Defendants. Filed byGary Gamaza, Steve Nobriga, John Teixeira, Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Kilmer, Donald) (Filed on 4/1/2013) (Entered: 04/01/2013) |
| | | |

| | | |
|---|---|---|
| 04/02/2013 | | Set/Reset Hearing Initial Case Management Conference set for 4/26/2013 02:30 PM in Courtroom 10, 19th Floor, San Francisco. (tfS, COURT STAFF) (Filed on 4/2/2013) (Entered: 04/02/2013) |
| 04/18/2013 | 41 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *filed by Plaintiffs* (Kilmer, Donald) (Filed on 4/18/2013) (Entered: 04/18/2013) |
| 04/18/2013 | 42 | STIPULATION WITH PROPOSED ORDER *to continue CMC* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 4/18/2013) (Entered: 04/18/2013) |
| 04/24/2013 | 43 | **ORDER Initial Case Management Conference set for 8/9/2013 02:30 PM in Courtroom 10, 19th Floor, San Francisco.. Signed by Judge Susan Illston on 4/23/13. (tfS, COURT STAFF) (Filed on 4/24/2013) (Entered: 04/24/2013)** |
| 04/24/2013 | 🔒 | (Court only) ***Motions terminated: 42 STIPULATION WITH PROPOSED ORDER *to continue CMC* filed by California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc., Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, John Teixeira. (tfS, COURT STAFF) (Filed on 4/24/2013) (Entered: 04/24/2013) |
| 05/28/2013 | 44 | MOTION to Dismiss *Plaintiffs' First Amended Complaint* filed by County of Alameda. Motion Hearing set for 8/8/2013 09:00 AM in Courtroom 10, 19th Floor, San Francisco before Hon. Susan Illston. Responses due by 6/11/2013. Replies due by 6/18/2013. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Request for Judicial Notice, # 3 Proposed Order, # 4 Exhibit E, # 5 Exhibit F through L)(Gormley, Mary Ellyn) (Filed on 5/28/2013) (Entered: 05/28/2013) |
| 05/30/2013 | 45 | Declaration in Support of 44 MOTION to Dismiss *Plaintiffs' First Amended Complaint --Declaration of Mary Ellyn Gormley in Support of Request for Judicial Notice re Motion to Dismiss Amended Complaint* filed byCounty of Alameda. (Related document(s) 44 ) (Gormley, Mary Ellyn) (Filed on 5/30/2013) (Entered: 05/30/2013) |
| 06/03/2013 | 46 | STIPULATION WITH PROPOSED ORDER *resetting motion hearing and CMC* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 6/3/2013) (Entered: 06/03/2013) |
| 06/11/2013 | 47 | **ORDER GRANTING 46 STIPULATION WITH PROPOSED ORDER *resetting motion hearing and CMC* filed by California Association of Federal Firearms Licensees (Cal-FFL), Second Amendment Foundation (SAF), Inc., Calguns Foundation (CGF), Inc., Gary Gamaza, Steve Nobriga, John Teixeira.. Signed by Judge Susan Illston on 6/11/13. (tfS, COURT STAFF) (Filed on 6/11/2013) (tfS, COURT STAFF). (Entered: 06/11/2013)** |
| | | |

| | | |
|---|---|---|
| 06/11/2013 | | Set/Reset Deadlines as to 44 MOTION to Dismiss *Plaintiffs' First Amended Complaint*. Motion Hearing set for 8/16/2013 09:00 AM in Courtroom 10, 19th Floor, San Francisco before Hon. Susan Illston. (tfS, COURT STAFF) (Filed on 6/11/2013) (Entered: 06/11/2013) |
| 06/11/2013 | | Set/Reset Hearing Initial Case Management Conference set for 8/9/13 is continued to 8/16/2013 02:30 PM in Courtroom 10, 19th Floor, San Francisco. (tfS, COURT STAFF) (Filed on 6/11/2013) (Entered: 06/11/2013) |
| 06/27/2013 | | **CASE REASSIGNED to the Honorable William H. Orrick, United States District Judge. All parties must review the reassignment order posted at http://cand.uscourts.gov/orders/who-order.pdf and comply with its requirements, including submitting a case management statement. This is a text only docket entry. The reassignment order associated with this notice may be viewed at http://cand.uscourts.gov/orders/who-order.pdf. Signed by Executive Committee on 6/27/13. (ysS, COURT STAFF) (Filed on 6/27/2013) (Entered: 06/27/2013)** |
| 07/03/2013 | 48 | STIPULATION WITH PROPOSED ORDER *re: Case Management* filed by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Kilmer, Donald) (Filed on 7/3/2013) (Entered: 07/03/2013) |
| 07/08/2013 | 49 | **STIPULATION AND ORDER re 48 STIPULATION WITH PROPOSED ORDER *re: Case Management*. Case Management Statement due by 8/28/2013. Motion Hearing and Case Management Conference set for 9/4/2013 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Signed by Judge 07/08/2013 on 07/08/2013. (jmdS, COURT STAFF) (Filed on 7/8/2013) (Entered: 07/09/2013)** |
| 07/19/2013 | 50 | RESPONSE (re 44 MOTION to Dismiss *Plaintiffs' First Amended Complaint* ) filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Hokanson, Charles) (Filed on 7/19/2013) (Entered: 07/19/2013) |
| 08/02/2013 | 51 | REPLY (re 44 MOTION to Dismiss *Plaintiffs' First Amended Complaint* ) *Defendant County of Alameda's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint* filed byAlameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley. (Gormley, Mary Ellyn) (Filed on 8/2/2013) (Entered: 08/02/2013) |
| 08/06/2013 | 52 | AFFIDAVIT in Support re 44 MOTION to Dismiss *Plaintiffs' First Amended Complaint Statement of recent decision i/s/o motion to dismiss plaintiff's FAC* filed byAlameda Board of Supervisors. (Attachments: # 1 Exhibit A)(Related document(s) 44 ) (Gormley, Mary Ellyn) (Filed on 8/6/2013) (Entered: 08/06/2013) |
| 08/28/2013 | 53 | CASE MANAGEMENT STATEMENT *Joint Case Management* |

| | | |
|---|---|---|
| | | *Statement* filed by Alameda Board of Supervisors, Keith Carson, Wilma Chan, County of Alameda, Nate Miley. (Gormley, Mary Ellyn) (Filed on 8/28/2013) (Entered: 08/28/2013) |
| 08/30/2013 | 54 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCalguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira. (Related document(s) 50 ) (Hokanson, Charles) (Filed on 8/30/2013) (Entered: 08/30/2013) |
| 09/04/2013 | 55 | Minute Entry: Motion Hearing held on 9/4/2013 before William H. Orrick re 13 Motion to Dismiss. Motion taken under advisement; written order to follow. Discovery stayed pending issuance of the order. (Court Reporter FTR 2:20-2:22) (jmdS, COURT STAFF) (Date Filed: 9/4/2013) (Entered: 09/05/2013) |
| 09/09/2013 | 56 | **ORDER GRANTING 44 MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 9/9/2013) (Entered: 09/09/2013)** |
| 09/09/2013 | 🔒 | (Court only) ***Civil Case Terminated. (jmdS, COURT STAFF) (Filed on 9/9/2013) (Entered: 09/09/2013) |
| 09/17/2013 | 57 | Proposed Order re 56 Order on Motion to Dismiss by Alameda Board of Supervisors. (Attachments: # 1 Proposed Order)(Gormley, Mary Ellyn) (Filed on 9/17/2013) (Entered: 09/17/2013) |
| 09/23/2013 | 58 | **JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS MOTION TO DISMISS. Signed by Judge William H. Orrick on 09/23/2013. (jmdS, COURT STAFF) (Filed on 9/23/2013) (Entered: 09/23/2013)** |
| 10/21/2013 | 59 | NOTICE OF APPEAL re 58 Judgment to the 9th CCA Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira.(Appeal fee of $455 receipt number 0971-8096471 paid.) (Hokanson, Charles) (Filed on 10/21/2013) Modified on 10/22/2013 (aaaS, COURT STAFF). (Entered: 10/21/2013) |
| 10/22/2013 | 60 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals by Calguns Foundation (CGF), Inc., California Association of Federal Firearms Licensees (Cal-FFL), Gary Gamaza, Steve Nobriga, Second Amendment Foundation (SAF), Inc., John Teixeira re 59 Notice of Appeal, (aaaS, COURT STAFF) (Filed on 10/22/2013) (Entered: 10/22/2013) |
| 10/22/2013 | 61 | Copy of 59 Notice of Appeal and Docket sheet mailed to all counsel and to all parties without an e-mail address. (aaaS, COURT STAFF) (Filed on 10/22/2013) (Entered: 10/22/2013) |