FILED

UNITED STATES COURT OF APPEALS

APR 09 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN TEIXEIRA; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF ALAMEDA; et al.,<br><br>      Defendants - Appellees. | No. 13-17132<br><br>D.C. No. 3:12-cv-03288-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' opposed motion to dismiss for lack of prosecution is denied.

The answering brief is due May 12, 2014. The optional reply brief is due within 14 days after service of the answering brief.

LKing4.7.14/Pro Mo